IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| AMM, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. SA-25-cv-01210-FB |
| | § | |
| WARDEN BOBBY THOMPSON, | § | |
| South Texas ICE Processing Center; | § | |
| MIGUEL VERGARA, Field Office | § | |
| Director, San Antonio Field Office, | § | |
| United States Immigration and | § | |
| Customs Enforcement; KRISTI NOEM, | § | |
| Secretary of Homeland Security; ACTING | § | |
| DIRECTOR TODD M. LYONS, United | § | |
| States Immigration and Customs | § | |
| Enforcement; and US ATTORNEY | § | |
| GENERAL PAMELA BONDI, In | § | |
| Their Official Capacities, | § | |
| | § | |
| *Respondents*. | § | |

## ORDER FOR RESPONSE

Before the Court is the Motion for Temporary Restraining Order and Preliminary Injunction Ordering Release Pending Final Judgment, filed by Petitioner on September 26, 2025. (Docket no. 5).

IT IS ORDERED that Respondents shall file a response to Petitioner's motion **no later than Monday, October 6, 2025, at noon**.

It is so ORDERED.

SIGNED this 30th day of September, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE