IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| AMM, § <br> § <br> *Petitioner*, § <br> § <br> v. § <br> § <br> WARDEN BOBBY THOMPSON, § <br> South Texas ICE Processing Center; § <br> MIGUEL VERGARA, Field Office § <br> Director, San Antonio Field Office, § <br> United States Immigration and § <br> Customs Enforcement; KRISTI NOEM, § <br> Secretary of Homeland Security; ACTING § <br> DIRECTOR TODD M. LYONS, United § <br> States Immigration and Customs § <br> Enforcement; and US ATTORNEY § <br> GENERAL PAMELA BONDI, In § <br> Their Official Capacities, § <br> § <br> *Respondents*. § | CIVIL ACTION NO. SA-25-cv-01210-FB |

**ORDER GRANTING PETITIONER'S UNOPPOSED
MOTION TO PROCEED UNDER PSEUDONYM**

Before the Court is Petitioner's Unopposed Motion to Proceed Under Pseudonym, filed on September 26, 2025. (Docket no. 3). After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Petitioner's Unopposed Motion to Proceed Under Pseudonym (docket no. 3) is GRANTED such that Petitioner may proceed under the pseudonym AMM.

It is so ORDERED.

SIGNED this 30th day of September, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE