IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| AMM, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. SA-25-cv-01210-FB |
| | § | |
| WARDEN BOBBY THOMPSON, South Texas ICE Processing Center; MIGUEL VERGARA, Field Office Director, San Antonio Field Office, United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of Homeland Security; ACTING DIRECTOR TODD M. LYONS, United States Immigration and Customs Enforcement; and US ATTORNEY GENERAL PAMELA BONDI, In Their Official Capacities, | § § § § § § § § § § § § | |
| *Respondents*. | § | |

## ORDER SETTING DEADLINE TO FILE REPLY

Before the Court is the Motion for Temporary Restraining Order and Preliminary Injunction Ordering Release Pending Final Judgment (docket no. 5) filed by Petitioner, and the response (docket no. 14) in opposition thereto filed by Respondents.

IT IS ORDERED that Petitioner shall file any reply to the response **on or before Friday, October 10, 2025.**

It is so ORDERED.

SIGNED this 7th day of October, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE