UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| AMM, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | SA-25-CV-1210-FB |
| | § | |
| BOBBY THOMPSON, Warden, South Texas ICE Processing Center; MIGUEL VERGARA, Field Officer Director, San Antonio Field Office, United States Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of Homeland Security; PAMELA BONDI, United States Attorney General, in Their Official Capacities, | § § § § § § § § § § § | |
| Respondents. | § | |

## ORDER RETURNING CASE
## TO DISTRICT COURT

All pretrial matters for which this case was referred having been handled by the undersigned, this case is **RETURNED** to the District Court.

It is so **ORDERED**.

**SIGNED** on November 18, 2025.

Henry J. Bemporad
United States Magistrate Judge