IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| AMM, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. SA-25-cv-01210-FB |
| | § | |
| WARDEN BOBBY THOMPSON, | § | |
| South Texas ICE Processing Center; | § | |
| MIGUEL VERGARA, Field Office | § | |
| Director, San Antonio Field Office, | § | |
| United States Immigration and | § | |
| Customs Enforcement; KRISTI NOEM, | § | |
| Secretary of Homeland Security; ACTING | § | |
| DIRECTOR TODD M. LYONS, United | § | |
| States Immigration and Customs | § | |
| Enforcement; and US ATTORNEY | § | |
| GENERAL PAMELA BONDI, In | § | |
| Their Official Capacities, | § | |
| | § | |
| *Respondents*. | § | |

## **AMENDED JUDGMENT**

Before the Court is the status of the above-styled and numbered cause. On November 26, 2025, this Court issued a Judgment granting habeas relief in part and ordering Respondents "to release Petitioner from their custody during the pendency of her asylum-only proceedings." (Docket no. 47). After careful consideration, the Court is of the opinion that an Amended Judgment should enter which releases Petitioner from Respondents' custody under reasonable conditions of supervision during the pendency of her asylum-only proceedings.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Petitioner's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (docket no. 1) is GRANTED IN PART, and that Petitioner is released from Respondents' custody under reasonable conditions of supervision during the

pendency of her asylum-only proceedings. In all other respects, the Petition is DENIED. The remaining terms and conditions of the Court's original Judgment remain in full force and effect.

It is so ORDERED.

SIGNED this 10th day of December, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE