IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| AMM, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. SA-25-cv-01210-FB |
| | § | |
| WARDEN BOBBY THOMPSON, | § | |
| South Texas ICE Processing Center; | § | |
| MIGUEL VERGARA, Field Office | § | |
| Director, San Antonio Field Office, | § | |
| United States Immigration and | § | |
| Customs Enforcement; KRISTI NOEM, | § | |
| Secretary of Homeland Security; ACTING | § | |
| DIRECTOR TODD M. LYONS, United | § | |
| States Immigration and Customs | § | |
| Enforcement; and US ATTORNEY | § | |
| GENERAL PAMELA BONDI, In | § | |
| Their Official Capacities, | § | |
| | § | |
| *Respondents*. | § | |

**ORDER DISMISSING AS MOOT PETITIONER'S
OPPOSED MOTION TO ENFORCE JUDGMENT**

Before the Court is Petitioner's Opposed Motion to Enforce Judgment (docket no. 48) and related motion to seal (docket no. 49), filed on December 8, 2025. On November 26, 2025, this Court issued a Judgment granting habeas relief and ordering Respondents "to release Petitioner from their custody during the pendency of her asylum-only proceedings." (Docket no. 47). By way of her motion, Petitioner argues "Respondents are in violation of this Court's order because [although Respondents have released Petitioner from detention] they have attached a GPS ankle monitor to Petitioner and subjected her to an *intensive* supervision appearance program ('ISAP') *in lieu* of release from *custody*." (*Id.* at page 1) (emphasis in original). Pursuant to an Amended Judgment signed this date, the Court has ordered that Petitioner is released from custody under reasonable conditions of supervision during

the pendency of her asylum-only proceedings. Accordingly, the Court is of the opinion that Petitioner's motion to enforce the Court's original Judgment and related motion to seal should be dismissed as moot.

IT IS THEREFORE ORDERED that Petitioner's Opposed Motion to Enforce Judgment (docket no. 48) and related motion to seal (docket no. 49) are Dismissed as Moot.

It is so ORDERED.

SIGNED this 10th day of December, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE